1983 Form

# In the United States District Court
# For the middle District of Alabama

Debra Bracewell

2:06CV66-A

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Captian C. Wheeler

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiff(s): _____N/A_____

       Defendant(s) _____N/A_____

   2.  Court (if Federal Court, name the district; if State Court, name the county)

       _____N/A_____

   3.  Docket Number _____N/A_____

   4.  Name of judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement Tutwiler Prison

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? N/A
N/A

2. What was the result? ___

D. If your answer is NO, explain why not? There is no grievance procedure in this institution

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Debora Bracewell-130672 D#1

Address 8966 U.S. HWY. 231, Wetumpka, AL 36092

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant  Captian C. Wheeler

   is employed as  Cpt. Wheeler

   at  Tutwiler Prison

C. Additional Defendants  N/A

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

Time 11:20 A.M. Dec 2, 2005. Faith/Honor Dorm #3. Because of the Clique's that are in D#3 made up a lie against me and was able to get Cpt. Wheeler, to move me out of D#3.
Names of the Clique's:
   Wendy Carnmichael
   Renee Jenkins
   Tammy Blackburn
   Ashley Jones
   Lydia Jones
   Linda Hooper
   Lisa Bowens          see next page

Tutwiler Prison, have rules concerning being in the faith/Honor Dorm.

According to these rules the only way you can be move out is only if you get a write-up or do not meet the requirement rules of being in faith/Honor Dorm.

I was dicriminated against by Cpt. C. Wheeler, and was move out of D#3, by her and she did not even investigate to find out if it was true and she did not have no evidence that it was true, the reason she move me. She only went by heresay.

There is homosexuals in D#3, and inmates that break the rules all the time in D#3, and according to the rules of D#3 if you can'nt abide by the rules you should not be in D#3. All these inmates are still in D#3, but I was the only one move out by Cpt. Wheeler that was in D#3.

I was not breaking any rules in D#3, and I was move out.

I am being dicrimanated against. My 4th Amen Equal Clause 2 discrimintion are being Voilated.

I have as much as right to be in D#3, Just as the other inmates that are in D#3.

Witnesses on my behalf!

Warden F. Albright
Dr. S. Goodwins
Stg. Riley
Cpt. Huett

V. **RELIEF**

**State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.**

To be move back in Dorm #3, to be treated equal as the other inmates that are in Dorm #3.
I do not want to be dicriminated against.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1-19-06__
                (date)

_Delra Bracewell_"
Signature(s)

- 4 -