IN THE UNITED STATES DISTRICT COURT FOR THE RECEIVED

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

2006 JAN 24  A  9: 48

Debra Bracewell
Plaintiff(s)

vs.

Captian C. Wheeler
Defendant(s)

2: 06CV66 - A

#130672 D-1

I, Debra Bracewell, being first duly sworn, depose
and say that I am the plaintiff in the above entitled case; that in support
of my motion to proceed without being required to prepay fees, costs or give
security therefor, I state that because of my poverty I am unable to pay the
costs of said proceeding or to give security therefor; that I believe I am
entitled to relief. I recognize that I may be prosecuted for any false statement
which I may make herein.

I further swear that the responses which I have made to questions and
instructions below are true.

1. Are you presently employed?    YES ( )  NO ( ✓ )

   A. If the answer is YES, state the amount of your salary or wages per
      month, and give the name and address of your employer.
      _____ N/A _____

   B. If the answer is NO, state the date of last employment and the amount
      of salary and wages per month which you received. N/A
      _____

2. Have you received within the past twelve months any money from any of
   the following sources?

   A. Business, profession or form of self-employment? YES ( )  NO ( ✓ )

   B. Rent payments, interest or dividends? YES ( )  NO ( ✓ )

   C. Pensions, annuities or life insurance payments? YES ( )  NO ( ✓ )

   D. Gifts or inheritances? YES ( )  NO ( ✓ )

   E. Any other sources? YES ( )  NO ( ✓ )

   If the answer to any of the above is YES, describe each source of money
   and state the amount received from each during the past twelve months.
   _____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]    YES ( )    NO (✓)

   If the answer is YES, state the total value of the items owned.

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )    NO (✓)

   If the answer is YES, describe the property and state its approximate value.

   _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. *My Brother Jimmy Killman*

   _____

   _____

   _____

                                    *Debra Bracewell*
                                    Signature of Affiant


STATE OF ALABAMA        )
COUNTY OF *Elmore*      )


       Before me, a notary public in and for said County, in said State,

personally appeared *Debra Bracewell*   , whose name is signed

to the foregoing complaint, who being first duly sworn, deposes on oath and

says:

       That the information set forth in the foregoing affidavit is true and
       correct to the best of his knowledge and belief.

                                    *Debra Bracewell*
                                    Signature of Affiant

Sworn to and subscribed before me this *19th* day of *January*      , *2006*

       *LaTisha Baldwin*                    *January 3, 2010*
       Notary Public

       *Montgomery* County, Alabama

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 1-17-06 _____ .
                    (date)

_____
          Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 4.82 on account to his credit at the Tutwiler institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

(N/A)

_____
_____
_____

_____
     Authorized Officer of Institution

DATE  1/17/06 _____