**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA
NORTHERN DIVISION**

DEBRA BRACEWELL, #130672     )
                                           )

      Plaintiff,                  )
                                           )

vs.                                ) CIVIL ACTION NO.
                                       ) <u>2:06-CV-66-WHA</u>
                                         )

Cynthia Wheeler,            )
      Respondent.         )

## <u>MOTION FOR AN ENLARGEMENT</u>

**COMES NOW** the State of Alabama, by and through the Attorney

General's office and moves this Honorable Court to grant a **thirty (30) day**

extension for the State to respond to its order dated January 26, 2006 and, for

grounds, state as follows:

    1.      The defendant was informed by the plaintiff that she had dismissed
              the action.  As a result, the defendant failed to provide counsel with
              the information needed to respond to the plaintiff's lawsuit.

    2.      The defendant, having been informed that the lawsuit is still
              pending, has agreed to provide counsel with the information needed
              to respond to this Court's order dated January 26, 2006.

    4.      The State is not requesting an extension to purposefully delay the
              cause of action.

**WHEREFORE PREMISES CONSIDERED**, the State moves

this Honorable Court to do the following:

A.    Grant an extension of <u>thirty days</u> to respond to its order dated January 26, 2006.

B.    Any other and further relief to which this Respondent may be entitled.

RESPECTFULLY SUBMITTED,

Troy King.
ATTORNEY GENERAL by:

/s/Bettie J. Carmack
Bettie J. Carmack (CAR – 132)
Assistant Attorney General
*Civil Litigation Division*
State of Alabama
Office of Attorney General
11 South Union Street
Montgomery, AL  36130
Phone: 1-334-353-5305
Email: bcarmack@ago.state.al.us
*Doc. No.: 105033*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 2nd day March 2006 filed a copy of the

foregoing document electronically with the Clerk of the Court using the CM/ECF

system and I hereby certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participants:

.

**Debra Bracewell-130672 D#1**
**8966 U.S. Hwy 231**
**Wetumpka, AL  36092**

/s/Bettie J. Carmack
Assistant Attorney General
*Civil Litigation Division*
State of Alabama
Office of Attorney General
11 South Union Street
Montgomery, AL  36130
1-334-353-5305