**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 17, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Debra Bracewell vs. C. Wheeler
      Civil Action No. 2:06cv0066-WHA

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now ***2:06cv0066-WKW***. This new case number should be used on all future correspondence and pleadings in this action.