IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA BRACEWELL, #130672, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-66-WKW |
| | ) |
| C. WHEELER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before January 3, 2007 defendant Wheeler shall:

1. Show cause why she has failed to file a written report in compliance with the order entered on January 26, 2006.

2. File a written report in accordance with the directives of the order entered on January 26, 2006.

The defendant is hereby advised that absent extraordinary circumstances no additional time will be granted for the filing of her written report.

Done this 12th day of December, 2006.

                                                  /s/ Delores R. Boyd
                                                  DELORES R. BOYD
                                                  UNITED STATES MAGISTRATE JUDGE