### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| DEBRA BRACEWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | **2:06-CV-66-WHA** |
| ) | |
| C. WHEELER, ) | |
| Respondent. ) | |

## MOTION TO WAIVE SPECIAL REPORT

**COMES NOW** the State of Alabama, by and through the Attorney General's office and its assistant attorney general, *Bettie J. Carmack*, and moves this Honorable Court to waive its requirement of a special report and, for grounds, state as follows:

1. Debra Bracewell informed defense counsel that she filed a motion to dismiss the above stated action on March 8, 2006 (see attached Exhibits A and B).

2. Defense counsel was under the impression that the above stated matter was due to be dismissed.

**WHEREFORE PREMISES CONSIDERED** the defendant moves this Honorable Court to waive its requirement that the defendant file a special report in light of the fact that the Plaintiff has filed a motion to dismiss the above stated action.

RESPECTFULLY SUBMITTED,

Troy King.
ATTORNEY GENERAL by:


/s/Bettie J. Carmack
Bettie J. Carmack (CAR – 132)
Assistant Attorney General
*Civil Litigation Division*
State of Alabama
Office of Attorney General
11 South Union Street
Montgomery, AL  36130
Phone: 1-334-353-5305
Email: bcarmack@ago.state.al.us


CERTIFICATE OF SERVICE

I hereby certify that I have this **15th** day **December, 2006** filed a copy of the foregoing document electronically with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

.
**Debra Bracewell**
**#130672, D #1**
**8966 US Hwy 231**
**Wetumpka, AL  36092**


/s/Bettie J. Carmack
Assistant Attorney General
*Civil Litigation Division*