Dear Judge,                                    3-8-06

I would like permission from you to Please file a Motion to dismiss Civil Action Case No. CV-66-WHA.

Thank you so very Much.

Sincerely yours,
Delia Bracewell

EXHIBIT A
PENGAD 800-631-6989

In the United State Dirstict Court for
The middle District of Alabama,
Northern Division

Debra Bracewell
130672
Plaintiff,

Vs.                                    Civil Action No. CV-66-WHA

C. Wheeler
    despondent

## Motion to Dismiss

Comes now Plaintiff, Debra Bracewell to moves this Honorable Court to dismiss Civil Action No. CV-66-WHA.
For the follow reason:
1. The matter have been taken care of.

respectfully submitted,
Debra Bracewell

Done this date 3-8-06