Dear Mr. King,                                3-6-06

I am writing you concerning the extension I got from you in the Mail.

I have ask the court to dismissed the Civil Action No. CV.-66-WHA, on 2-8-06.

I do not understand why the court have not dismissed it.

Enclosed is a copy that I sent the court.

I am in D#3, and the Matter have been taken care of.

Sincerely yours,

Debra Bracewell



EXHIBIT
B

In the United States District Court for the
Middle District of Alabama, Northern Division

Debra Bracewell
130672
Plaintiff,

vs.

C. Wheeler,
respondent

Civil Action No.
CV-66-WHA

## Motion to Dimissed

Comes Now the Plainiff, Debra Bracewell, to moves this Honorable Court to dismissed Civil Action No. CV-66-WHA.
For follow reason:
1. The matter have been taken care of.

Respectfully submitted,
Debra Bracewell
Done this date 2-8-06