IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA BRACEWELL, #130672, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-66-WKW |
| | ) |
| C. WHEELER, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon consideration of the motion to waive filing of special report filed by the defendant on December 12, 2006 (Court Doc. No. 10), and as the Clerk returned the referenced motion to dismiss to the plaintiff without filing such motion due to the plaintiff's failure to submit the motion in compliance with the orders of this court, it is

ORDERED that:

1. The motion to waive filing of special report be and is hereby DENIED.

2. The defendants shall not file an answer or special report unless and until further order of the court.

3. On or before January 4, 2007, the plaintiff shall advise the court of whether she seeks to proceed in this cause of action *or* wishes to dismiss this cause of action as noted in her correspondence with counsel for the defendant. *See Defendant's Exhibits A and B.*

The plaintiff is *cautioned* that failure to file a response in compliance with this order will result in a Recommendation that this case be dismissed.

Done this 21st day of December, 2006.


      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE