Civil Action No. CV-66 WKW

Debra Bracewell
  v Plaintiffs

                                    RECEIVED                12-23-06

                                    2006 DEC 27 A 10:25

C. Wheeler,
  Defendant.

The Law library here does not have the Motion to dismissed that I need to dismissed this case or the Law books that I need.

I am back in D#3, and I would like to have this case dismissed Please. Thank you very much.

                              Sincerely yours
                              Debra Bracewell

I hereby certify that I serve a copy on the Attorney General, at 11 Union St Montg, AL, by the United States Postal Service this day 12-23-06.

                              Debra Bracewell