IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA BRACEWELL,            )<br>                             )<br>    Plaintiff,               )<br>                             )<br>    v.                       )<br>                             )<br>C. WHEELER,                  )<br>                             )<br>    Defendant.               ) | CASE NO. 2:06-cv-66-WKW<br>(WO) |

## **ORDER**

On December 27, 2006, the Plaintiff filed a Motion to Dismiss her case. (Doc. # 12.) The Magistrate Judge recommended that the motion be granted and that the case be dismissed without prejudice. (Doc. # 13.) No objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #12) is ADOPTED; and

2. Plaintiff's Motion to Dismiss (Doc. # 13) is GRANTED.

An appropriate judgment will be entered.

DONE this the 18th day of January, 2007.

           /s/  W. Keith Watkins
    UNITED STATES DISTRICT JUDGE